# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1342
LT Case No. 2022-300632-CFDB

_____

ROBERT E. SINDACO,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Kathryn Diane Weston, Judge.

Robert E. Sindaco, Lake City, pro se.

Ashley Moody, Attorney General, Tallahassee, and
Robin A. Compton, Assistant Attorney General,
Daytona Beach, for Appellee.

July 9, 2024

PER CURIAM.


   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and JAY and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____